# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARY A. ODLING  
3565 ST. MORITZ TRAIL  SSN-xxx-xx-7958  
ROCKFORD, IL  61114  

Case Number: 07-70126

Case filed on: 1/19/2007  
Plan Confirmed on: 8/31/2007  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $7,650.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTY BERNARD NATALE | 2,500.00 | 2,500.00 | 1,935.88 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,935.88 | 0.00 |
| 021 | REAL TAX DEVELOPERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 2,444.50 | 2,444.50 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 21,298.75 | 21,298.75 | 0.00 | 0.00 |
| 028 | IL DEPT OF EMPLOYMENT SECURITY | 1,741.85 | 1,741.85 | 0.00 | 0.00 |
|  | Total Priority | 25,485.10 | 25,485.10 | 0.00 | 0.00 |
| 999 | MARY A. ODLING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ROCK RIVER BANK | 10,669.98 | 9,463.00 | 3,921.17 | 275.92 |
| 002 | SAXON MORTGAGE SERVICES INC | 2,158.96 | 0.00 | 0.00 | 0.00 |
| 003 | WILSHIRE CREDIT CORPORATION | 176.28 | 176.28 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY TREASURER | 4,490.00 | 4,490.00 | 494.55 | 59.84 |
| 026 | FRIDH CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCK RIVER BANK | 10,596.64 | 8,037.00 | 0.00 | 487.05 |
| 029 | ROCK RIVER BANK | 1,176.25 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 29,268.11 | 22,166.28 | 4,415.72 | 822.81 |
| 001 | ROCK RIVER BANK | 0.00 | 639.70 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 76.00 | 40.28 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 4,115.17 | 2,181.04 | 0.00 | 0.00 |
| 007 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK DIRECT CAPITAL FINANCE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 536.73 | 284.47 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FOREST CITY COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FRIDH CORPORATION | 4,155.00 | 2,202.15 | 0.00 | 0.00 |
| 013 | IHC SWEDISH AMERICAN EMERGENCY PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LETOURNEAU & CLELAND LTD | 8,447.68 | 4,477.27 | 0.00 | 0.00 |
| 016 | LEXISNEXIX | 626.78 | 332.19 | 0.00 | 0.00 |
| 017 | TSYS TOTAL DEBT MANAGEMENT | 241.39 | 127.94 | 0.00 | 0.00 |
| 018 | MARTINDALE - HUBBELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 19,852.60 | 10,521.88 | 0.00 | 0.00 |
| 020 | OFFICE OUTFITTERS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 1,650.00 | 874.50 | 0.00 | 0.00 |
| 023 | SUPERIOR AIR GROUND AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AFNI/VERIZON | 158.37 | 83.94 | 0.00 | 0.00 |
| 025 | LVNV FUNDING LLC | 731.94 | 387.93 | 0.00 | 0.00 |
| 027 | ROCK RIVER BANK | 0.00 | 1,356.61 | 0.00 | 0.00 |
| 028 | IL DEPT OF EMPLOYMENT SECURITY | 550.00 | 291.50 | 0.00 | 0.00 |
| 030 | CAPITAL ONE | 653.31 | 346.25 | 0.00 | 0.00 |
|  | Total Unsecured | 41,794.97 | 24,147.65 | 0.00 | 0.00 |
|  | Grand Total: | 99,048.18 | 74,299.03 | 6,351.60 | 822.81 |

Total Paid Claimant:     $7,174.41  
Trustee Allowance:       $475.59  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois
Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008                By  /s/Heather M. Fagan